**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| GRAY*STAR, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ECOLAB INC., ECOLAB MARKETING, LLC, WILLIAM A. MATHISON and ION BEAM APPLICATIONS, t/a IBA GROUP STERIGENICS INTERNATIONAL<br><br>Defendants. | Court File No. 00-1500 MJD/JGL |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

STIPULATION

Plaintiff Gray*Star, Inc. and Defendants Ecolab, Inc., Ecolab Marketing, LLC, and William A. Mathison, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, plaintiffs commenced this action in New Jersey March 16, 2000;

WHEREAS, this action was removed to United States District Court for the District of New Jersey on May 3, 2000;

WHEREAS, on June 19, 2000, this action was transferred to United States District Court for the District of Minnesota;

WHEREAS, Defendants Ecolab, Inc., Ecolab Marketing, LLC, and William A. Mathison seek an extension of time to answer or otherwise respond to the Complaint; and

NOW, THEREFORE, the parties hereby stipulate that Defendants Ecolab, Inc., Ecolab Marketing, LLC, and William A. Mathison may have until August 2, 2000 to answer or

JUL 31 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

otherwise respond to the Complaint herein. The parties request the Court to enter the following order approving this additional extension.

Dated: July 28, 2000.

MASLON EDELMAN BORMAN & BRAND, LLP

By ______________________
Justin H. Perl (#151397)
R. Christopher Sur (#251586)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

ATTORNEYS FOR PLAINTIFF

Dated: July 28, 2000.

BOWMAN AND BROOKE, LLP

By ______________________
Richard Morgan (#157053)
David S. Miller (#239860)
Robert L. Smith (#297033)
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402
(612) 339-8682

ATTORNEYS FOR DEFENDANTS ECOLAB, INC.; ECOLAB MARKETING LLC; and WILLIAM MATHISON

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that Defendants Ecolab, Inc., Ecolab Marketing, LLC, and William A. Mathison shall have until ***August 2, 2000*** to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: July 31, 2000.

BY THE COURT:

Jonathan Lebedoff
United States Court Magistrate Judge

94672