UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ecolab Marketing LLC,

Plaintiff and Counterclaim Defendant,

vs.

Gray*Star, Inc.,

Defendant, Counterclaimant and Third Party Plaintiff,

vs.

Ecolab Inc., William A. Mathison and Ion Beam Applications, t/a IBA Group Sterigenics International,

Third Party Defendants.

Civil File No. 00-CV-1014 PAM/JGL

District Judge Magnuson
Magistrate Judge Lebedoff

Civil 00-1500 MJD/JGL

**STIPULATION AND ORDER**

WHEREAS, the above captioned litigation is now pending in the United States District Court for the District of Minnesota (hereinafter referred to as the "Court") and assigned to the undersigned district judge, and

WHEREAS, there is pending in this Court a case entitled Gray*Star, Inc. v. Ecolab Inc., et al., Case No.: 00-CV-1500 MJD/JGL, which case was transferred to this Court from the United States District Court for the District of New Jersey on or about June 19, 2000; and

WHEREAS, the parties to the above-captioned action are identical to the parties in Case No. 00-CV-1500; and

FILED SEP 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the parties to the above-captioned action and to Case No. 00-CV-1500 agree that the above-captioned matter and Case No. 00-CV-1500 are related.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties to the above-captioned action and Case No. 00-CV-1500, by and through their respective attorneys, that it is appropriate for the Court to order that the cases be consolidated pursuant to Fed. R. Civ. P. 42(a).

Dated: September 8, 2000

Richard G. Morgan (#157053)
David S. Miller (#239360)
Robert L. Smith (#297033)
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

**ATTORNEYS FOR ECOLAB MARKETING LLC, ECOLAB INC. and WILLIAM A. MATTHISON**

Dated: September 8, 2000

Justin H. Perl (#151397)
R. Christopher Sur (#251586)
**MASLON EDELMAN BORMAN & BRAND LLP**
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

**ATTORNEYS FOR GRAY*STAR, INC.**

Dated: September 8, 2000

Charles B. Rogers (#130588)
**BRIGGS AND MORGAN P.A.**
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 334-8400

and

G. William Long III
**WOMBLE CARLYLE SANDRIDGE AND RICE PLLC**
1201 West Peachtree Street, Suite 3500
Atlanta, GA 30309
Telephone: (404) 872-7000

**ATTORNEYS FOR STERIGENICS INTERNATIONAL, INC., appearing specially for purposes of moving to dismiss or for a more definite statement**

## ORDER

**IT IS HEREBY ORDERED** that the foregoing Stipulation is adopted as an Order of the Court.

**IT IS HEREBY FURTHER ORDER** that the Clerk of Court shall reassign Case No. 00-CV-1500 MJD/JGL to Judge Paul A. Magnuson and Magistrate Judge Lebedoff.

**IT IS HEREBY FURTHER ORDER** that the above-captioned case and Case No. 00-CV-1500 MJD/JGL are consolidated for all further purposes, including pretrial proceedings and trial.

Dated: Sept 14, 2000

Paul A. Magnuson
CHIEF UNITED STATES DISTRICT JUDGE