IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Ecolab Marketing LLC,

**Civil File No. 00-CV-1014 PAM/JGL**

Plaintiff,

vs.

Gray*Star, Inc.,

**STIPULATION AND ORDER**

Defendant, Counterclaimant
and Third Party Plaintiff,

vs.

Ecolab Inc., William A. Mathison, Sterigenics International,
Inc., Ion Beam Applications, s.a.

Third Party Defendants.

---

Gray*Star, Inc.,

Civil File No. 00-1500 PAM/JGL

Plaintiff,

vs.

Ecolab Inc., Ecolab Marketing LLC, William
A. Mathison and Ion Beam Applications,
a/k/a IBA Group Sterigenics International,

Defendants.

---

WHEREAS, on September 20, 2000, the Court in the above-captioned action bearing Civil File No. 00-CV-1014 entered a Pretrial Schedule providing that Plaintiff's expert witness disclosures shall be made on or before February 1, 2001 and that Defendant's expert witness disclosures shall be made on or before March 1, 2001; and

FILED APR 0 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, on September 27, 2000, the Court in the above-captioned action bearing Civil File No. 00-1500 entered a Pretrial Schedule providing that Plaintiff's expert witness disclosures shall be made on or before February 1, 2001 and that Defendant's expert witness disclosures shall be made on or before March 1, 2001; and

WHEREAS, although the parties are currently negotiating a protective order and working on other discovery-related matters, the parties agree that at the current stage of the proceedings, it is premature for the parties to exchange expert witness disclosures;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties, through their respective counsel, that the Plaintiffs in the above captioned actions shall have until May 1, 2001 to provide expert witness disclosures, and the Defendants in the above-captioned actions shall have until June 1, 2001 to provide expert witness disclosures.

Dated: March 30, 2001.

Richard G. Morgan (#157053)
David S. Miller (#239860)
Jennifer K. Huelskoetter (#0288883)
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

**ATTORNEYS FOR ECOLAB MARKETING LLC, ECOLAB INC. AND WILLIAM A. MATTHISON**

Dated: March 31, 2001.

R Chris [signature]

Justin H. Perl (#151397)
R. Christopher Sur (#251586)
**MASLON EDELMAN BORMAN & BRAND LLP**
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

Of Counsel:

William A. Harvey
Marc H. Stofman
**KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP**
457 Haddonfield Road, Suite 510
Cherry Hill, New Jersey 08002-2220

**ATTORNEYS FOR GRAY*STAR, INC.**

Dated: ____________, 2001

______________________________

Charles Rogers (#130588)
**BRIGGS & MORGAN**
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

Of Counsel:

G. William Long, III
**WOMBLE CARLYLE SANDRIDGE & RICE**
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, GA 30309
(404) 872-7000

**ATTORNEYS FOR STERIGENICS INTERNATIONAL, INC. AND ION BEAM APPLICATIONS, s.a.**

R. Christopher Sur (#251586)
**MASLON EDELMAN BORMAN & BRAND LLP**
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

Of Counsel:

William A. Harvey
Marc H. Stofman
**KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP**
457 Haddonfield Road, Suite 510
Cherry Hill, New Jersey 08002-2220

**ATTORNEYS FOR GRAY*STAR**

Dated: 3/30, 2001

Charles Rogers (#130588)
**BRIGGS & MORGAN**
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

Of Counsel:

G. William Long, III
**WOMBLE CARLYLE SANDRIDGE & RICE**
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, GA 30309
(404) 872-7000

**ATTORNEYS FOR STERIGENICS INTERNATIONAL, INC. AND ION BEAM APPLICATIONS, s.a.**

**ORDER**

IT IS HEREBY ORDERED that the foregoing Stipulation is adopted as an Order of the Court.

Dated: April 2, 2001.

BY THE COURT:

Jonathan Lebedoff
United States Magistrate Judge

125650