IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Ecolab Marketing LLC,

Plaintiff,

vs.

Gray*Star, Inc.,

Defendant, Counterclaimant
and Third Party Plaintiff,

vs.

Ecolab Inc., William A. Mathison,
Sterigenics International,
Inc., Ion Beam Applications, s.a.

Third Party Defendants.

Civil File No. 00-CV-1014 PAM/JGL

Gray*Star, Inc.,

Plaintiff,

vs.

Ecolab Inc., Ecolab Marketing LLC, William
A. Mathison and Ion Beam Applications,
a/k/a IBA Group Sterigenics International,

Defendants.

Civil File No. 00-1500 PAM/JGL

**STIPULATION AND ORDER OF DISMISSAL**

The Parties, having reached an amicable settlement of the claims raised in the above-captioned consolidated matters, hereby stipulate and agree that these actions are dismissed with prejudice and without costs to any Party.

FILED JUL 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MASLON EDELMAN BORMAN
& BRAND LLP
Attorneys for Gray*Star, Inc.

By: ______________________ 7/18/01
Justin H. Perl, Esquire

BRIGGS & MORGAN, PA
Attorneys for Ion Beam Applications, S.A.
and Sterigenics International, Inc.

By: ______________________ 7/19/01
Charles B. Rogers, Esquire

Dated: July 20, 2001
Minneapolis, Minnesota

BOWMAN & BROOKE, LLP
Attorneys for Ecolab, Inc.
Ecolab Marketing, LLC and
William A. Mathison

By: ______________________
David S. Miller, Esquire

SO ORDERED:

______________________
Hon. Paul A. Magnuson, U.S.D.J.

10908-001/CHYH1-37639

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500